**E. MARSHALL HODGKINS #76796**
**ATTORNEY AT LAW**
**1186 W. SHAW, STE. 103**
**FRESNO, CA 93711**
**emhlaw@aol.com**
**TELEPHONE: 559-248-0900**
**FACSIMILE:   559-248-0901**

Attorney for Defendant, HECTOR GONZALES

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> HECTOR GONZALES, <br><br> Defendant | Case No.: **1:15-cr-00319-LJO-SKO** <br><br> **STIPULATION TO CONTINUE SENTENCING HEARING; AND ORDER** |

The Plaintiff, United States of America, by and through its Counsel of Record Kathy Servatius, Assistant United States Attorney, and Defense Attorney E. Marshall Hodgkins, Attorney of Record for Defendant Hector Gonzales hereby stipulate as follows:

1. To continue the currently set sentencing date of November 26, 2018 to February 25, 2019 at 8:30 am in front of the Honorable Lawrence J. O'Neill.
2. The above continuance of the sentencing date is necessary in order for the defense to finish compiling certain material necessary and relevant to the sentencing.

IT IS SO STIPULATED.

Date: 11/16/18                                    /s/ Kathy Servatius
                                                  **Kathy Servatius,**
                                                  **Assistant United States Attorney**


Date: 11/16/18                                    /s/ E. Marshall Hodgkins
                                                  **E. MARSHALL HODGKINS,**
                                                  **Attorney of Record for**
                                                  **Hector Gonzales**

**ORDER**

Pursuant to the parties' Stipulation, the SENTENCING, currently set for November 26, 2018 is continued to February 25, 2019 at 8:30 a.m.

IT IS SO ORDERED.

Dated: **November 19, 2018**          **/s/ Lawrence J. O'Neill**
                                      UNITED STATES CHIEF DISTRICT JUDGE