# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>         v.<br><br>HECTOR MANUEL GONZALES,<br><br>                              Defendant. | Case No.: 1:15-cr-00319 JLT SKO<br><br>ORDER SEALING DOCUMENTS AS SET FORTH IN GOVERNMENT'S NOTICE<br><br>(Doc. 337) |

Pursuant to Local Rule 141(b) and based upon the representation contained in the government's Request to Seal (Doc. 337), IT IS HEREBY ORDERED that Exhibit Two to the government's Opposition to Defendant's Motion for Declaration of Lower Criminal History Score pertaining to Defendant Hector Manuel Gonzales, and the government's Request to Seal shall be SEALED until further order of this Court.

It is further ordered that access to the sealed documents shall be limited to the government and counsel for Defendant.

The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in the government's Request to Seal, sealing the government's Request and Exhibit Two serves a compelling interest. The Court further finds that, in the absence of closure, the compelling interests identified by the government would be harmed. In light of the public filing of the government's Request

[P~~ROPOSED~~] ORDER SEALING EXHIBIT TWO TO U.S.'S OPP. TO DEF. MOTION FOR DECLARATION OF LOWER CRIMINAL HISTORY SCORE AND REQUEST TO SEAL DOCUMENTS

1

to Seal, the Court further finds that there are no additional alternatives to sealing the government's Request and Exhibit Two that would adequately protect the compelling interests identified by the government.

IT IS SO ORDERED.

Dated:   **February 20, 2025**

_Jennifer L. Thurston_
UNITED STATES DISTRICT JUDGE

[Proposed] Order Sealing Exhibit Two to U.S.'s Opp. To Def. Motion for Declaration of Lower Criminal History Score and Request to Seal Documents

2