HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ANN C. McCLINTOCK, CA Bar #141313
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone:   (916) 498-5700
Facsimile:   (916) 498-5710

Attorneys for Defendant
HECTOR MANUEL GONZALEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:15-CR-00319-02 JLT |
|---|---|
| Plaintiff, | [PROPOSED] ORDER |
| v. | Judge: Hon. Jennifer L. Thurston |
| HECTOR MANUEL GONZALEZ, | |
| Defendant. | |

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Defendant's Supplemental Brief in support of his Motion for Reduction in Sentence, docket entry no. 31, or Notice of not filing such a brief, shall be filed by April 23, 2026. The government's Response shall be filed by May 25, 2026. Defendant's Reply shall be filed by June 24, 2026.

IT IS SO ORDERED.

Dated:   **March 4, 2026**

UNITED STATES DISTRICT JUDGE

-1-